IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SENRICK SHERN WILKERSON,** **#10093432,** § § § § **Plaintiff,** § § v. § **3:13-cv-2634-O-BK** § **BROOKE B. GRONA-ROBB, et al.,** § § **Defendants.** § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. To the extent Plaintiff objected, Plaintiff's objections were untimely (ECF Nos. 12 & 13). *See* Fed. R. Civ. P. 72(b)(2). Accordingly, the District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** with prejudice as frivolous. *See* 28 U.S.C. § 1915A(b). In addition, Plaintiff is **WARNED** that sanctions may be imposed if he persists in filing frivolous lawsuits.

The Court **CERTIFIES** that, in the event Plaintiff seeks leave to proceed *in forma pauperis*, any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). In support of this finding, the Court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997).

Based on the Findings and Recommendation, the Court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

    **SO ORDERED** on this **4th day** of **September, 2013**.

 

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**